STATE OF CONNECTICUT *v.* ABDUL PEAY

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 421 (AC 25307), is denied.

*Katharine S. Goodbody,* special public defender, in support of the petition.

*Melissa Streeto Brechlin,* assistant state's attorney, in opposition.

Decided September 20, 2006